**Kevin Luis VELIZ–ESTRADA, Petitioner,**

v.

**Alberto R. GONZALES,\* Attorney General, Respondent.**

No. 04–72955.

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2005.\*\*

Decided June 28, 2005.

Edgardo Quintanilla, Esq., Attorney at Law, Sherman Oaks, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel Department of Homeland Security, San Francisco, CA, OIL, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KLEINFELD, TASHIMA, and THOMAS, Circuit Judges.

---

\* Alberto R. Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

MEMORANDUM \*\*\*

Kevin Luis Veliz–Estrada, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' summary affirmance without opinion of an immigration judge's ("IJ") denial of his applications for asylum and withholding of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252, and we deny the petition for review.

Substantial evidence supports the IJ's denial of asylum because petitioner failed to establish past persecution or a well-founded fear on account of an enumerated ground. *See Bolshakov v. INS,* 133 F.3d 1279, 1280–81 (9th Cir.1998) (explaining that evidence of criminal street gang activity does not establish persecution on account of a protected ground).

Because petitioner failed to establish eligibility for asylum, he necessarily failed to meet the more stringent standard for withholding of removal. *See Farah v. Ashcroft,* 348 F.3d 1153, 1156 (9th Cir.2003).

**PETITION FOR REVIEW DENIED.**

---

**Gonzalo Deniz ORTEGA; et al., Petitioners,**

v.

---

\*\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the

Alberto R. GONZALES,* Attorney
General, Respondent.

No. 04–72779.

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2005.**

Decided June 28, 2005.

Walter Rafael Pineda, Esq., Law Offices
of Walter Rafael Pineda, San Francisco,
CA, for Petitioners.

Regional Counsel, Western Region Im-
migration & Naturalization Service, Lagu-
na Niguel, CA, OIL, U.S. Department of
Justice Civil Div./Office of Immigration
Lit., Washington, DC, for Respondent.

Before: KLEINFELD, TASHIMA, and
THOMAS, Circuit Judges.

MEMORANDUM ***

Gonzalo Deniz Ortega and Maximina
Amezcua Menera, husband and wife na-
tives and citizens of Mexico, petition for
review of the Board of Immigration Ap-
peals' ("Board") summary affirmance with-
out opinion of an immigration judge's
("IJ") denial of their applications for can-
cellation of removal. Our jurisdiction is
governed by 8 U.S.C. § 1252. We dismiss
the petition for review.

We lack jurisdiction to review the IJ's
discretionary denial of cancellation of re-

courts of this circuit except as provided by
Ninth Circuit Rule 36–3.

* Alberto R. Gonzales is substituted for his pre-
decessor, John Ashcroft, as Attorney General
of the United States, pursuant to Fed. R.App.
P. 43(c)(2).

** The panel unanimously finds this case suit-
able for decision without oral argument. See
Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publi-
cation and may not be cited to or by the

moval. See Romero–Torres v. Ashcroft,
327 F.3d 887, 892 (9th Cir.2003). Petition-
ers do not raise a colorable due process
challenge to that denial. We therefore
lack jurisdiction over the petition for re-
view. Torres–Aguilar v. INS, 246 F.3d
1267, 1271 (9th Cir.2001).

Petitioners have waived any challenge to
the IJ's denial of their motion to reopen to
re-apply for asylum because they failed to
raise that issue before the Board. See
Barron v. Ashcroft, 358 F.3d 674, 678 (9th
Cir.2004).

**PETITION FOR REVIEW DIS-
MISSED.**